DATE 7/5/12
LOCATION Plano
JUDGE Don D. Bush
DEPUTY CLERK Toya McEwen
COURT REPORTER: Bryn & Associates - Lori Barnett
USPO: _____
INTERPRETER: _____
BEGIN 10:38 am

CASE NUMBER 4:12cr16 RAS/DDB
USA Ernest Gonzalez _____ Assigned
VS Mandy Griffith _____ Appeared

WILLIAM GRANT FULLER (27)
DEFENDANT
Mark Perez RET
ATTY

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUL - 5 2012
DAVID J. MALAND, CLERK
BY_____ DEPUTY

☑ CHANGE OF PLEA
☐ CHANGE OF PLEA without Plea Agreement

☑ CASE CALLED   ☑ DEFENDANT SWORN   ☐ Hearing held by Interpreter, Interpreter sworn.

☑ Dft appears: ☑ with counsel **Mark Perez (Ret)**
☑ Defendant to plead guilty to Count(s) **One (1)** of ☑ Second Superseding Indictment
☑ Defendant signs Consent to Administration of Guilty Plea by United States Magistrate Judge.
☑ Consent Form entered into the record.
☑ AUSA ☐ Court stated essential elements ☑ Second Superseding Indictment ☐ Information.
☑ Defendant acknowledged understanding the essential elements ☐ AUSA ☑ Court stated range of penalty.
☑ Court reviews plea agreement with defendant ☑ Court reviews rights RE: plea of guilty, jury trial and to appeal.
☐ Defendant is not a citizen of the United States ☐ Defendant is not a legal permanent resident.
☑ Plea Agreement entered into the record UNDER SEAL.
☑ Court reviews ☐ factual statement ☑ statement of facts ☐ factual resume with defendant.
☑ ☐ Factual Statement ☑ Statement of Facts ☐ Factual Resume entered into the record.
☐ Forfeiture provision explained to Dft.   ☐ Dft acknowledged understanding forfeiture provision.
☑ Defendant pleads guilty to Count **One of the Second Superseding Indictment**.
☑ Court will recommend district court accept plea of guilty
☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
☑ Defendant remanded to custody of U.S. Marshal.
☐ Defendant to remain on Conditions of Release
☐ _____

☑ Court recessed. **10:45 am**

10:45 am Adjourn