**ORIGINAL**

F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL - 5 2012

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:12CR16 |
| | § | Judge Schell |
| WILLIAM GRANT FULLER (27) | § | |

## STATEMENT OF FACTS IN SUPPORT OF PLEA AGREEMENT

The defendant, **William Grant Fuller**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant, **William Grant Fuller**, who is changing his plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **William Grant Fuller** and one or more persons in some way or manner made an agreement to commit the crime charged in the Second Superseding Indictment, to knowingly and intentionally possess with the intent to distribute and dispense 15 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 1.5 kilograms or more of methamphetamine (actual).

4. That **William Grant Fuller** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5.  That **William Grant Fuller** knew that the amount involved during the term of the conspiracy involved 15 kilograms or more of a mixture or substance containing a detectable amount of methamphetamine or 1.5 kilograms or more of methamphetamine (actual).

6.  **William Grant Fuller's** role in this conspiracy was to supply co-conspirators with kilogram quantities of methamphetamine from various sources which would then be distributed to other co-conspirators and co-defendants during the term of the conspiracy.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.  I have read this Statement of Facts and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: _____         x _/s/ William Fuller_____
                               WILLIAM GRANT FULLER
                               Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8.  I have read this Statement of Facts and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the Second

Superseding Indictment.

Dated:   6/21/12

_____
MARK PEREZ
Attorney for the Defendant