IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:12cr16 |
| | § | |
| WILLIAM GRANT FULLER (27) | § | |

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT**

Before the court is Defendant's motion for extension of time to file objections to presentence report [de#696] in the above-entitled and numbered cause. The court, having examined the pleadings and arguments of counsel, is of the opinion that said motion should be GRANTED and the deadline to object to presentence report should be reset from its current setting to January 14, 2013.

IT IS SO ORDERED.

**SIGNED this the 12th day of December, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE